IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 08 2024

JEFFREY P. COLWELL
CLERK

Civil Action #:

Marquis Sanford
　　　　　　Plaintiff
vs.

Denver Sheriff(s) Department ie...
　Denver Sheriff; Sheriff Diggins
　Denver Sheriffs Emergency Health
　Care Unit. &/or EMT Personnel
　Denver Health Medical Personnel
　Assigned to the Denver City &/or County
　Jail. Denver Colorado. John &/or Jane Does.
　X-XL. 1-100. A-Z. ET. SEQ.
　　　　Defendants. Respondents

## Notice of Intent

Now comes the Plaintiff Mr. Marquis Sanford Pursuant to the Federal Rules of Civil Procedure ie. Rule #4 in its entirety. This Notice of Intent is to be Considered &/or Construed as a Civil Action Commencement. Pursuant to &/or Following in 40 U.S.C. §1983 Civil Action Commencement Against a State & Local Governmental Entity in their Official &/or Individual Capacity(s). For Negligently With Malicious Intent, Caused & Created Numerous Due Process Violations as well as Cruel & Unusual Punishments &/or Neglect to occur & continue Against Myself. Under Color of Law. Within this Honorable Courts Jurisdiction.

THE INITIATION OF A CIVIL ACTION COMMENCEMENT SHALL BE TIMELY FILED &/OR SERVED UPON ALL PARTY'S INVOLVED MR. SANFORD HEREBY DECLARES THAT PURSUANT TO RULE #4 OF THE FEDERAL RULES OF CIVIL PROCEDURE ARE TIMLY FILED & REQUESTS THAT THIS HONORABLE COURT. GRANT MR. SANFORDS REQUEST PURSUANT TO RULE 4(c)(3) OF THE FEDERAL RULES OF CIVIL PROCEDURE IN/WITH BEING ABLE TO UTILIZE THE UNITED STATES MARSHALS AS A SERVICE OF PROCESS TO CORRECTLY INFORM & NOTIFY ALL NAMED PARTY'S WITH THIS "NOTICE OF INTENT."

REASONS &/OR MATTERS OF FACT FOR THIS HONORABLE COURT TO TAKE INTO CONSIDERATION IN GRANTING SAID REQUEST.

1. THE RESPONDENTS NAMED WITHIN THIS NOTICE OF INTENT ARE &/OR WERE EMPLOYEES, CONTRACTORS, SUB-CONTRACTORS &/OR WERE AT THE TIMES OF THE VIOLATIONS ACTING UNDER COLOR OF LAW WITHIN THE VENUE & JURISDICTION OF THIS HONORABLE COURT AS WELL AS ACTING IN THEIR OFFICIAL & INDIVIDUAL CAPACITY'S AS AGENTS OF THE GOVERNMENT IN &/OR FOR THE CITY & COUNTY OF THE SHERIFFS DEPT. OF DENVER, COLORADO.

2. THIS HONORABLE COURT DOES HAVE FULL VENUE &/OR JURISDICTION INTO THE MATTER AT HAND.

3. MR. SANFORD DOESN'T HAVE THE FINANCIAL RESOURCES &/OR THE AVAILABLE RESOURCES TO PROPERLY SERVICE THE AGENTS OF THE GOVERNMENT

Due to him being an inmate of the facility. The violations have occurred & are to date still reoccurring.

4). Mr. Sanford would further like to request this Honorable Court to enter an "Order" directing the Respondent to "Timely File" their responses in a timely manner according to Fed. Rule of Civil Procedures in following Procedure 8. Mr. Sanford is also notifying this Honorable Court that he does not consent to waiving service under Rule 4(d). Although if the Court deems necessary &/or upon its own motion feels that the respondents so named in this petition have absolute merit to extend(ed) the timely response by the party's involved. Plaintiff has no objection.

Although, due to the respondents named in this action, being employees &/or living in this Courts judicial district. Plaintiff Mr. Sanford would expressively object to any & all waived services to exceed 90 days Fed. Rule of Civil Procedure 12(a)(1)(A).

5). Overall, it would be unfair &/or impartial for this Honorable Court to expect Mr. Sanford to properly follow the rules governing this procedure, due to the respondents
A). Being employees of /or for the Government B) Unattainable Personal Information. Such as home addresses are privileged information ("Privacy Act of Law Enforcement Agents")
C). Mr. Sanford acknowledges the Privacy Act in its entirety &/or is the "crux" of this request for this Honorable Court to grant said request.

## Formal Notification to Proceed

## Affidavit

Mr. Marquis Sanford, under oath, herein under God & under penalty of perjury hereby declares on this 5th day of December, 2023 solomnly swears that all contents, statements, written documentation &/or supporting documents are & will be construded as true &/or accurate to the best of my ability explained &/or stated in plain language (english) to the best of my knowledge.

Mr. Sanford would like to express that in following the Federal Rules of Civil Procedure in that on his own while in the custody & control of the State of Colorados Denver (city & county of) the Denver Sheriff Diggins. Within the Detention Facility. Has per Fed. Rules of Civil Procedure: exhaustion of all administrative grievances. available to him while in custody have infact been 100% full exhausted in which does as a material & procedural fact allows Mr. Sanford to proceed forward with this Civil Action Commencement.

Mr. Marquis Sanford
x_____

Notary Public
x_____



Mr. Marquis Lavon Sanford
Denver Sheriff Department
P.O. Box 1108
Denver, CO 80201

Legal Mail

Sent 02/06/2024.

United States District Court
Clerk of Court
901 19th Street
Denver, Colo 80294

80294-250099

DENVER CO 802
6 FEB 2024 PM 2

ZIP 80204
02 4W
0000345735 FEB 06 2024
US POSTAGE ᴾᴮ PITNEY BOWES
$ 000.64⁰